Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of Mrs. IDA MILLER, Respondent, for Compensation for Herself and Children for the Death of SAMUEL MILLER, v. EMENESS AMUSEMENT COMPANY, Employer, and CONTINENTAL CASUALTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of LUIGI MARIANO, Respondent, for Compensation under the Workmen's Compensation Law, v. KRASNOGER BROTHERS, Employer, and LONDON GUARANTEE AND ACCIDENT COMPANY, LTD., Insurance Carrier, Appellants.— The court finds that no appeal was taken from the award as made.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by FRANK LAVANCHA, Respondent, v. KIMBALL & SON, Employer, and MARYLAND CASUALTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANNIE KEENAN, Respondent, for Compensation for the Death of Her Husband, JOHN KEENAN, under the Workmen's Compensation Law, v. H. D. ROOSEN COMPANY, Employer, and LONDON GUARANTEE AND ACCIDENT COMPANY, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by ALBERT NEUFIELD, Respondent, v. JOSEPH STERN & SON, INC., Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Application and Petition of CHARLES STRAUSS and Others, Constituting the BOARD OF WATER SUPPLY OF THE CITY OF NEW YORK, to Acquire Real Estate for and on Behalf of the City of New York under Chapter 724 of the Laws of 1905, and the Acts Amendatory Thereof, in the Towns of Shandaken, County of Ulster, Lexington and Prattsville, County of Greene, Roxbury, County of Delaware, and Gilboa, County of Schoharie, State of New York, for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of the City of New York, Appellant. CLYDE H. PROPER and Others, Commissioners, etc., Respondents.— Order unanimously affirmed, without costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent, v. EGBURT E. WOODBURY and Others, Together Constituting the State Board of Tax Commissioners, Appellants. (City of Troy Special Franchise Taxes, 1908.) — Order unanimously affirmed, with fifty dollars costs and disbursements.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. the TOWN OF HARMONY Relator, v. PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, SECOND DISTRICT, and ERIE RAILROAD COMPANY, Respondents.— Determination confirmed, without costs. All concurred, except Woodward, J., dissenting.